**FILED**
MAR 1 2 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

JUDGE DOW
MAGISTRATE JUDGE MASON

Felony

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ___ YES _X_ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **07 CR 521; U. S. v. Patrizia Soliani**, et al  MASON

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO _X_ YES ___

6) What level of offense is this indictment or information? **FELONY** _X_ **MISDEMEANOR** ___

7) Does this indictment or information involve eight or more defendants? NO _X_ YES ___

8) Does this indictment or information include a conspiracy count? NO _X_ YES ___

**FILED**
JN
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery (II)
   ☐ Post Office Robbery (II)
   ☐ Other Robbery (II)
   ☐ Assault (III)
   ☐ Burglary (IV)
   ☐ Larceny and Theft (V)
   ☐ Postal Embezzlement (IV)
   ☐ Other Embezzlement (III)
   ☐ Income Tax Fraud (II)
   ☐ Postal Fraud (II)
   ☐ Other Fraud (III)
   ☐ Auto Theft (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery (III)
   ☐ Counterfeiting (III)
   ☐ Sex Offenses (II)
   ☐ DAPCA Marijuana (III)
   ☐ DAPCA Narcotics (III)
   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws (IV)
   ☐ Motor Carrier Act (IV)
   ☐ Selective Service Act (IV)
   ☐ Obscene Mail (III)
   ☒ Other Federal Statutes (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

    **Title 18, United States Code, Sections 1341, 1343 and 2**

    Miller
    NANCY L. MILLER
    STEPHEN HEINZE
    **Assistant United States Attorney**