## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 521 | **DATE** | 3/25/2008 |
| **CASE TITLE** | United States vs. Soliani et al. | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal this case is granted. Arraignment for defendant Jerome Benjis set for 4/4/08 at 9:00 a.m. before Magistrate Judge Mason in courtroom 2214.

Docketing to mail notices.

| Courtroom Deputy Initials: | KF |
|---|---|