UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 521 |
| | ) | |
| v. | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| PATRIZIA SOLIANI, et al. | ) | |

## <u>ADDITION OF COUNSEL</u>

Please take notice that in **addition** to Assistant United States Attorney Steven L. Heinze,

Assistant United States Attorney Joseph M. Ferguson has been designated as an attorney in the above

captioned case on behalf of the United States Government.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:  s/ Joseph M. Ferguson_____
JOSEPH M. FERGUSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1414


April 2, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

### ADDITION OF COUNSEL

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on April 2, 2008, to the following non-ECF filers:

**Ron A. Cohen**
Cohen & Lau
30 North LaSalle Street
Suite 3400
Chicago, Illinois 60602

s/ Joseph M. Ferguson
JOSEPH M. FERGUSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1414